ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MAYA KARWANDE (CABN 295554)
KEVIN YEH (CABN 314079)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7063
    kevin.yeh@usdoj.gov

Attorneys for United States of America

**FILED**

Jul 25 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> VERONICA JUAREZ, ET AL., <br><br> Defendants. | Case No. 24-cr-0392 HSG <br><br> UNITED STATES' APPLICATION TO UNSEAL DOCKET AND ORDER |

The United States of America, through undersigned counsel, respectfully moves this Court to unseal the docket in the above-captioned matter. Defendants Veronica Juarez and Hernando Felix have been arrested and have appeared in open court. Therefore, it is no longer necessary for documents relating to Juarez and Felix to be sealed.

One defendant in this matter remains at large. The United States respectfully requests that the remaining defendant's identity remain under seal because the remaining defendant may flee from apprehension or obstruct this ongoing investigation should the defendant's identity be revealed. Thus, the government respectfully requests that the unredacted indictment remain under seal and that a redacted indictment, attached hereto as Exhibit A, be filed on the docket.

Any future documents relating to the remaining defendant will be filed under seal on the

1  otherwise unsealed docket until that defendant is apprehended.

3  DATED: July 25, 2024                          Respectfully submitted,

4                                                ISMAIL J. RAMSEY
                                                 United States Attorney

6                                                /s/ Kevin Yeh
7                                                MAYA KARWANDE
                                                 KEVIN YEH
8                                                Assistant United States Attorneys

**ORDER**

Based on the United States' motion, and good cause appearing, the Court ORDERS that the docket in the above-captioned matter be unsealed.

Because one defendant remains at large, the unredacted indictment shall remain under seal and a redacted indictment, attached to the United States' application as Exhibit A, shall be filed on the docket.

IT IS SO ORDERED.

DATED: July 25, 2024



HON. DONNA M. RYU
United States Magistrate Judge

# EXHIBIT 1

# UNITED STATES DISTRICT COURT

**SEALED BY ORDER OF THE COURT**

## NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 11 2024


CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

### OAKLAND DIVISION

THE UNITED STATES OF AMERICA

vs

VERONICA JUAREZ,

HERNANDO FELIX, and

█████████

**CR-24 00392 HSG**

## INDICTMENT

**COUNT ONE:** 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute 50 grams or more of Methamphetamine (Juarez and Felix)

**COUNT TWO:** 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Distribution of Methamphetamine (Juarez)

**COUNT THREE:** 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Distribution of Methamphetamine (Felix and █████)

**COUNT FOUR:** 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute Methamphetamine (Juarez)

**COUNT FIVE:** 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) – Possession with Intent to Distribute Cocaine (█████)

*A true bill.*

_____
Foreperson

*Filed in open court this* __U__ *day of* __July__ __A.D. 202`4`__

_____
United States Magistrate Judge

*Bail. $* __No bail arrest warrant as to each defendant__

SEALED BY ORDER OF THE COURT

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

FILED

JUL 11 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 24 00392 HSG |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: |
|  | ) 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C) – |
|  | ) Conspiracy to Distribute and Possess with Intent to |
| VERONICA JUAREZ, | ) Distribute Methamphetamine; |
| HERNANDO FELIX, and | ) |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ) 21 U.S.C. § 841(a)(1) and (b)(1)(B) –Distribution of |
|  | ) 50 grams or more of Methamphetamine (2 counts); |
| Defendants. | ) |
|  | ) 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) –Possession |
|  | ) with Intent to Distribute 50 grams or more of |
|  | ) Methamphetamine; |
|  | ) |
|  | ) 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) –Possession |
|  | ) with Intent to Distribute 500 grams or more of |
|  | ) Cocaine; |
|  | ) |
|  | ) 21 U.S.C. § 853 – Forfeiture Allegation |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)

Beginning on a date unknown to the Grand Jury, but no later May 5, 2023, and continuing through at least August 9, 2023, both dates being approximate and inclusive, in the Northern District of

INDICTMENT

California and elsewhere the defendants,

VERONICA JUAREZ, and
HERNANDO FELIX,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(C).

<u>COUNT TWO</u>:   (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Distribution of Methamphetamine)

On or about June 28, 2023, in the Northern District of California, the defendant,

VERONICA JUAREZ,

did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

<u>COUNT THREE</u>:   (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) –Distribution of Methamphetamine)

On or about July 27, 2023, in the Northern District of California, the defendants,

HERNANDO FELIX, and
■■■■■■■■■,

did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1) (B)(viii).

<u>COUNT FOUR</u>:   (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute Methamphetamine)

On or about August 9, 2023, in the Northern District of California, the defendant,

VERONICA JUAREZ,

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

//

INDICTMENT                                           2

| | | |
|---|---|---|
|1|COUNT FIVE:|(21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) – Possession with Intent to Distribute Cocaine)|

3   On or about November 2, 2023, in the Northern District of California, the defendant,

████████████,

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii).

FORFEITURE ALLEGATION:   (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Counts One through Five above, the defendants

VERONICA JUAREZ,
HERNANDO FELIX, and
████████████,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment and the following:

  a. $37,540 seized from 627 Indiana Street #B, Vallejo, CA on August 9, 2023,
  b. Nonserialized semi-automatic pistol seized from 627 Indiana Street #B, Vallejo, CA on August 9, 2023,
  c. Nonserialized 9mm semi-automatic pistol seized from dresser at 627 Indiana Street #B, Vallejo, CA on August 9, 2023,
  d. all ammunition seized from 627 Indiana Street #B, Vallejo, CA on August 9, 2023.

If any of the property described above, as a result of any act or omission of the defendant:

INDICTMENT                                    3

|   |    |                                                                                              |
|---|----|----------------------------------------------------------------------------------------------|
| 1 | a. | cannot be located upon exercise of due diligence;                                            |
| 2 | b. | has been transferred or sold to, or deposited with, a third party;                           |
| 3 | c. | has been placed beyond the jurisdiction of the court;                                        |
| 4 | d. | has been substantially diminished in value; or                                               |
| 5 | e. | has been commingled with other property which cannot be divided without difficulty,          |

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: July 11, 2024

A TRUE BILL.

FOREPERSON
San Jose

ISMAIL J. RAMSEY
United States Attorney

/s/ Maya Karwande
Maya Karwande
Assistant United States Attorney

INDICTMENT    4

AO 257 (Rev. 6/78)

**SEALED BY ORDER OF THE COURT**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

**FILED**
JUL 11 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine;
21 U.S.C. § 841(a)(1) and (b)(1)(B) –Distribution of 50 grams or more of Methamphetamine
21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) –Possession with Intent to Distribute 50 grams or more of Methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1: Max 20 years, Supervised release: Max life, Min 3 years, $1,000,000 fine. Count 2: Max: 40 years, Min 5 years, Supervised release: max: life, min 4 years, $5,000,000 fine. Both: forfeiture, potential deportation, denial of federal benefits, special assessment.

DEFENDANT - U.S
► VERONICA JUAREZ

DISTRICT COURT NUMBER
**CR - 24 00392 HSG**

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Ismail J. Ramsey
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Maya Karwande

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   } If "Yes" give date filed

DATE OF ARREST ►   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

**SEALED BY ORDER OF THE COURT**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT    FILED

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**— OFFENSE CHARGED —**

21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine
21 U.S.C. § 841(a)(1) and (b)(1)(B) – Distribution of 50 grams or more of Methamphetamine (1 count)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1: Max 20 years, Supervised release: Max life, Min 3 years, $1,000,000 fine. Count 2: Max: 40 years, Min 5 years, Supervised release: max: life, min 4 years, $5,000,000 fine. Both: forfeiture, potential deportation, denial of federal benefits, special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

JUL 11 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**— DEFENDANT - U.S —**

► HERNANDO FELIX

DISTRICT COURT NUMBER
CR - 24 00392 HSG

**— PROCEEDING —**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Ismail J. Ramsey
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Maya Karwande

**— DEFENDANT —**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ►_____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction        ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
                          ☐ No

DATE OF ARREST ► Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

**SEALED BY ORDER OF THE COURT**

**FILED**
JUL 11 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 841(a)(1) and (b)(1)(B) – Distribution of 50 grams or more of Methamphetamine

21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) – Possession with Intent to Distribute 500 grams or more of Cocaine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Max: 40 years, Min 5 years, Supervised release: max: life, min 4 years, $5,000,000 fine, forfeiture, potential deportation, denial of federal benefits, special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ [REDACTED]

DISTRICT COURT NUMBER
CR - 24 00392 HSG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Ismail J. Ramsey
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Maya Karwande

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Monterey County

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:           Before Judge:

Comments: