1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  KEVIN YEH (CABN 314079)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          (415) 436-7063
7         kevin.yeh@usdoj.gov

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12
   UNITED STATES OF AMERICA,           )   NO. 4:24-CR-00392-HSG
13                                     )
         v.                            )   STIPULATION AND ORDER TO CONTINUE
14                                     )   BAIL REVIEW HEARING
   VERONICA JUAREZ,                    )
15                                     )
         Defendants.                   )
16                                     )
                                       )
17  _____)

18
        On October 31, 2024, based on a Pretrial Services report, the Court sua sponte set a bail review
19
   hearing for November 5, 2024, at 10:30 a.m. Dkt. No. 44. Due to a scheduling conflict, government
20
   counsel is unable to attend a hearing on that date. After conferring with defense counsel and Pretrial
21
   Services, the parties respectfully request and stipulate that the hearing be continued until November 6,
22
   2024, at 10:30 a.m.
23
        The undersigned Assistant United States Attorney certifies that he has obtained approval from
24
   counsel for the defendant to file this stipulation and proposed order.
25
        IT IS SO STIPULATED.
26
   DATED:      November 4, 2024               _____/s/_____
27                                            KEVIN YEH
                                              Assistant United States Attorney
28

STIPULATION AND ORDER TO CONTINUE BAIL REVIEW HEARING
Case No. 4:24-cr-00392-HSG                                                        v. 7/10/2018

DATED: November 4, 2024

/s/
MARK GOLDROSEN
Counsel for Defendant

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court ORDERS that the bail review hearing set for November 5, 2024, at 10:30 a.m. be continued to November 6, 2024, at 10:30 a.m.

IT IS SO ORDERED.

DATED: November 4, 2024

HON. KANDIS A. WESTMORE
United States Magistrate Judge